*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| Jagwinder Singh | Case No.   1:26-cv-00730-SMH-DJA |
| Plaintiff | |
| VS. | Judge |
| Todd M Lyons, et al. | Magistrate Judge |
| Defendant | |

**ORDER**

IT IS ORDERED that <u>Mei F. Chen</u> be and is hereby admitted to the bar of this Court pro

hac vice on behalf of <u>Plaintiff</u> in the above described action.

SO ORDERED on this, the  <u>13th</u>  day of  <u>Mar.</u> , 20<u>26</u>   .

_____
U.S. Magistrate Judge