**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| JAGWINDER SINGH | CIVIL ACTION NO. 26-0730 |
| | SECTION P |
| VS. | |
| | JUDGE S. MAURICE HICKS, JR. |
| TODD M. LYONS, ET AL. | MAGISTRATE JUDGE AYO |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge (Record Document 11) having been considered, together with the written objections and responses thereto filed with this Court (Record Documents 12-15), and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner Jagwinder Singh's Fourth Amendment claim is **DENIED AND DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Petitioner's remaining claims are **DENIED AND DISMISSED WITH PREJUDICE**.

The Court notes that the recent decision issued by the United States Court of Appeals for the Fifth Circuit in Sosnava Rodriguez v. Miguel Vergara, No. 26-50183, 2026 WL 3181188 (5th Cir. Oct. 23, 2026) (en banc) further supports dismissal of Petitioner's petition for writ of habeas corpus.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 3rd day of November, 2026.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE